| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeague, David W. | 2. Court or Organization<br><br>U.S. Court of Appeals - Sixth | 3. Date of Report<br><br>05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>315 W. Allegan Street<br>Lansing, MI 48933 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Michigan State University College of Law |
| 2. | Board Member | Michigan State University College of Law |
| 3. | Adjunct Professor | University of Michigan Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Michigan State University College of Law (approved teaching) | $1,455.00 |
| 2. 2014 | University of Michigan Law School (approved teaching) | $25,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Michigan Health & Hospital Association - wages |
| 2. 2014 | Accident Fund Insurance Company - Director fees |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Servcing Corporation | Student Loans | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stonehedge LP | B | Dividend | K | W | | | | | |
| 2. PNC | A | Interest | J | T | | | | | |
| 3. Ohio National Univ. Life | | None | K | T | | | | | |
| 4. IRA 1 | E | Dividend | O | T | | | | | |
| 5. -Schwab US Treasury Money Fund | | | | | | | | | |
| 6. -PIMCo Total Return | | | | | Sold (part) | 02/18/14 | J | A | |
| 7. | | | | | Sold (part) | 07/18/14 | J | A | |
| 8. | | | | | Sold | 09/29/14 | M | B | |
| 9. -DFA U.S. Small Cap | | | | | Sold | 07/18/14 | J | C | |
| 10. -T Rowe Price Mid Cap | | | | | Sold (part) | 07/18/14 | K | D | |
| 11. -Vanguard Index 500 Signal Shares | | | | | | | | | |
| 12. - Touchstone Sands Capital Inst. Growth | | | | | Sold (part) | 07/18/14 | K | D | |
| 13. - ICAP Select Equity | | | | | | | | | |
| 14. - CRM Small Cap Value Instl | | | | | Sold | 07/18/14 | J | C | |
| 15. - Stratton Small Cap Value | | | | | Buy (add'l) | 07/18/14 | J | | |
| 16. - Harbor International Instl | | | | | Buy (add'l) | 10/29/14 | J | | |
| 17. - Credit Suisse Commodity Return Strategy | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BlackRock Global Allocation Cl I | | | | | | | | | |
| 19. - Loomis Sayles Strategic Income Y | | | | | | | | | |
| 20. - SPDR Gold Trust Shares | | | | | Sold | 02/18/14 | K | D | |
| 21. - Thornburg International Value | | | | | Buy (add'l) | 03/24/14 | J | | |
| 22. | | | | | Sold | 07/18/14 | L | D | |
| 23. - JP Morgan Strategic Income Opps Sel | | | | | Sold (part) | 02/18/14 | J | A | |
| 24. - PIMCO Unconstrained Bond Instl | | | | | Sold | 01/28/14 | L | A | |
| 25. - Harding Loevner Emerging Markets | | | | | Buy (add'l) | 02/18/14 | J | | |
| 26. - Wasatch 1st Source Long/Short | | | | | Buy (add'l) | 02/18/14 | J | | |
| 27. | | | | | Sold (part) | 07/18/14 | J | B | |
| 28. - JP Morgan High Yield Select | | | | | Sold (part) | 02/18/14 | K | B | |
| 29. | | | | | Sold | 03/24/14 | J | A | |
| 30. - Templeton Global Bond Adv | | | | | Sold | 02/18/14 | K | A | |
| 31. - PIMCO Income Inst'l | | | | | Buy (add'l) | 02/18/14 | J | | |
| 32. | | | | | Sold (part) | 07/18/14 | K | B | |
| 33. - MFS International Value I | | | | | Buy (add'l) | 10/29/14 | J | | |
| 34. - Sterling Capital Equity Income Instl | | | | | Buy (add'l) | 07/18/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 36. -Robeco Boston Partners Long/Short Rsrch Instl | | | | | Buy | 02/18/14 | K | | |
| 37. | | | | | Sold (part) | 07/18/14 | J | A | |
| 38. -Federated Total Return Bond Instl | | | | | Buy | 9/29/14 | L | | |
| 39. -Goldman Sachs Strategic Income Instl | | | | | Buy | 01/28/14 | L | | |
| 40. | | | | | Sold (part) | 07/18/14 | J | A | |
| 41. -Ivy Asset Strategy I | | | | | Buy | 02/28/14 | K | | |
| 42. | | | | | Sold (part) | 07/18/14 | K | A | |
| 43. | | | | | Sold | 10/29/14 | K | A | |
| 44. -Metropolitan West Total Return Bond I | | | | | Buy | 09/29/14 | L | | |
| 45. -Principal Diversified Real Asset Inst | | | | | Buy | 07/18/14 | L | | |
| 46. -Vanguard Developed Markets Index Admiral | | | | | Buy | 07/18/14 | L | | |
| 47. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 48. -Vanguard Extended Markets Index Admiral | | | | | Buy | 07/18/14 | K | | |
| 49. MI Health & Hospital Association - (401K) | A | Dividend | M | T | | | | | |
| 50. Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 51. IRA 2 | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Schwab US Treasury Money Fund | | | | | | | | | |
| 53. -PIMCo Total Return | | | | | Sold | 09/29/14 | L | A | |
| 54. -Vanguard Index 500 Signal Shares | | | | | Buy (add'l) | 02/19/14 | J | | |
| 55. - ICAP Select Equity | | | | | | | | | |
| 56. - Touchstone Sands Capital Inst. Growth | | | | | Sold (part) | 02/18/14 | J | C | |
| 57. | | | | | Sold (part) | 07/18/14 | J | D | |
| 58. - Credit Suisse Commodity Return Strategy | | | | | | | | | |
| 59. - CRM Small Cap Value Instl | | | | | Sold | 07/18/14 | J | B | |
| 60. - SPDR Gold Trust Shares | | | | | Sold | 02/18/14 | J | B | |
| 61. - T. Rowe Price Mid-Cap Growth | | | | | Sold (part) | 07/18/14 | J | B | |
| 62. - JP Morgan Strategic Inc Opps Sel | | | | | | | | | |
| 63. - PIMCO Unconstrained Bond Instl | | | | | Sold | 01/28/14 | K | A | |
| 64. - Harding Loevner Emerging Markets | | | | | | | | | |
| 65. - Wasatch 1st Source Long/Short | | | | | | | | | |
| 66. - Templeton Global Bond Adv | | | | | Sold | 02/18/14 | K | A | |
| 67. - Harbor Int'l Instl | | | | | | | | | |
| 68. - JP Morgan High Yield Select | | | | | Sold | 02/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - PIMCO Income Inst'l | | | | | Sold (part) | 07/18/14 | J | B | |
| 70. - MFS International Value I | | | | | | | | | |
| 71. - Sterling Capital Equity Income Instl | | | | | Buy | 07/18/14 | J | | |
| 72. - Thornburg International Value I | | | | | Sold | 07/18/14 | J | A | |
| 73. -Boston Partners Long/Short Rsrch Instl | | | | | Buy | 02/18/14 | J | | |
| 74. -Federated Total Return Bond Instl | | | | | Buy | 09/29/14 | K | | |
| 75. -Goldman Sachs Strategic Income Instl | | | | | Buy | 01/28/14 | K | | |
| 76. -Ivy Asset Strategy | | | | | Buy | 02/18/14 | K | | |
| 77. | | | | | Sold (part) | 07/18/14 | J | A | |
| 78. | | | | | Sold | 10/29/14 | J | A | |
| 79. -Metropolitan West Total Return Bond I | | | | | Buy | 09/29/14 | K | | |
| 80. -Principal Diversified Real Asset Inst | | | | | Buy | 07/18/14 | K | | |
| 81. -Vanguard Developed Markets Idx Admiral | | | | | Buy | 10/29/14 | J | | |
| 82. -Vanguard Extended Market Idx Adm | | | | | Buy | 07/18/14 | K | | |
| 83. MI Health & Hosp. Assoc. deferred comp plan | A | Dividend | M | T | | | | | |
| 84. IRA 4 | C | Dividend | M | T | | | | | |
| 85. - Schwab US Treasury Money Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - PIMCo Total Return | | | | | Sold | 09/29/14 | K | A | |
| 87. -Columbia Int'l. Value Z | | | | | | | | | |
| 88. -Vanguard Index 500 Signal | | | | | Sold (part) | 04/04/14 | J | B | |
| 89. - Stratton Small Cap Value | | | | | | | | | |
| 90. - JP Morgan Strategic Inc Opps Sel | | | | | | | | | |
| 91. - PIMCO Unconstrained Bond Instl | | | | | Sold | 01/28/14 | J | A | |
| 92. - Templeton Global Bond Adv | | | | | Sold | 02/28/14 | J | A | |
| 93. - PIMCO Income Inst'l | | | | | Buy | 02/18/14 | J | | |
| 94. - MFS International Value I | | | | | | | | | |
| 95. -Federated Total Return Bond Instl | | | | | Buy | 09/29/14 | K | | |
| 96. -Ivy Asset Strategy I | | | | | Buy | 02/18/14 | J | | |
| 97. -Metropolitan West Total Return Bond I | | | | | Buy | 09/29/14 | K | | |
| 98. -Ivy Asset Strategy I | | | | | Sold | 10/29/14 | J | A | |
| 99. Schwab Individual Account | B | Dividend | L | T | | | | | |
| 100. - Schwab US Treasury Money Fund | | None | J | T | | | | | |
| 101. - Thornburg International Value | A | Dividend | | | Sold | 07/18/14 | K | D | |
| 102. - Harding Loevner Emerging Markets | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - JP Morgan High Yield Select | A | Dividend | | | Sold | 02/18/14 | J | A | |
| 104. - Harbor International Instl | A | Dividend | J | T | | | | | |
| 105. - MFS International Value I | A | Dividend | J | T | | | | | |
| 106. -Vanguard 500 Index Signal | A | Dividend | J | T | Buy | 02/19/14 | J | | |
| 107. -Vanguard Developed Markets Idx Admiral | A | Dividend | K | T | Buy | 07/18/14 | K | | |
| 108. MSU Federal Credit Union | A | Interest | K | T | | | | | |
| 109. Mercantile Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

-An asset class conversion has been made during the year for the Vanguard 500 Index Signal Shares (Ticker: VIFSX) over to the Vanguard 500 Index Admiral Shares (Ticker: VFIAX). Please note this change for cell numbers 11, 54, 88 and 106.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. McKeague**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544